# Court of Appeals
# of the State of Georgia

ATLANTA,   November 17, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0105.  JESSE R. WALKER, et al. v. DIRECT PROPERTIES, LLC.

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, Defendant Jesse Walker appealed the magistrate court's decision to the superior court.  The superior court ruled in favor of Direct Properties, LLC, and Walker filed a motion for new trial or judgment notwithstanding the verdict.  On October 9, 2014, the trial court denied Walker's motion.  On October 20, 2014, Walker filed this application for discretionary appeal seeking review of the trial court's order.  We lack jurisdiction.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d).  But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter of this discretionary application is a dispossessory judgment. OCGA § 44-7-56, which governs dispossessory actions, requires that an appeal from a dispossessory ruling be filed within seven days of the date judgment was entered.  Walker filed his application 11 days after entry of the order he seeks to appeal.  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).

Because Walker's application is untimely, this Court lacks jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

     *Clerk's Office, Atlanta,*____11/17/2014____

     *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*